IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PACE INDUSTRY UNION-MANAGEMENT PENSION FUND and its Trustees, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 3:11-cv-00291 Judge Nixon Magistrate Judge Brown |
| DIEKNOWLOGIST, INC., ACCURATE DIE CORP., and THE PERFECT SUPPLY COMPANY, INC., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice, stating that the

parties have reached a settlement in this action and dismissing all claims. (Doc. No. 29.)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is **DISMISSED with**

**prejudice**. The Court **DIRECTS** the Clerk to close this case.

It is so ORDERED.

Entered this the _____ day of August, 2011.


_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT